```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                        NORTHERN DIVISION
```

BETTYE PRITCHETT, :
:
    Plaintiff, :
:
vs. :
: CIVIL ACTION 12-0768-M
CAROLYN W. COLVIN, :
Commission of Social Security, :
:
    Defendant. :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Bettye Pritchett.

DONE this 29th day of July, 2013.

                                             s/BERT W. MILLING, JR.
                                             UNITED STATES MAGISTRATE JUDGE