IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

BETTYE PRITCHETT,  :
:
    Plaintiff,  :
:
vs.  :
:    CIVIL ACTION 12-0768-M
CAROLYN W. COLVIN,  :
Commission of Social Security,  :
:
    Defendant.  :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Bettye Pritchett.

DONE this 29th day of July, 2013.

                                      s/BERT W. MILLING, JR.
                                    UNITED STATES MAGISTRATE JUDGE